No. 97–8364. HALL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–8447. YOUNG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8694. SINN v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8695. SIKORA v. HIGLEY, ASSOCIATE WARDEN. Sup. Ct. Neb. Certiorari denied.

No. 97–8712. MOORE v. GRIESA ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–8715. NOCON v. LANDRESS, SUPERINTENDENT, AVON PARK CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8721. PARKS v. RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8724. ALLEN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8729. WOOD ET AL. v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 97–8733. SEATON v. MICHIGAN (two judgments). Recorder's Court, City of Detroit, Mich. Certiorari denied.

No. 97–8738. HILLIARD v. KAISER ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–8741. WESLEY v. WESLEY. C. A. D. C. Cir. Certiorari denied.

No. 97–8754. PERCIVAL v. STINE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8757. BROWN v. CITY OF SAN DIEGO POLICE DEPARTMENT. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–8758. BROWN v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY. Ct. App. Cal., 4th App. Dist. Certiorari denied.